MEMO ENDORSED

# SLEVIN & HART, P.C.

Attorneys at Law
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC 20036
202/797-8700
FAX: 202/234-8231

RICHARD S. SIEGEL
ATTORNEY AT LAW

RSIEGEL@SLEVINHART.COM

May 3, 2023

*Via CM/ECF*

Hon. Louis L. Stanton
Senior United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/4/23

Re: *The 32BJ North Pension Fund and its Board of Trustees v. Elsa Alvarado and Daisy Yamileth Aleman*, Case No. 23 Civ. 0388 (LLS)

Dear Judge Stanton:

This firm is counsel to the Plaintiffs in the above-referenced action. The purpose of this letter is to request a 30-day extension of time, through and including Wednesday, June 7, 2023, for the parties to file a status report pursuant to your Order dated April 7, 2023. The reason for the requested extension is that the parties are currently discussing the possibility of a resolution of the case that could moot the need for the filing of such a status report or for further proceedings. Pursuant to Rule 1(E) of your Individual Rules, the Fund respectfully states that: (1) a status report is currently due by Monday, May 8, 2023; (2) this is the first request for an extension of time to file a status report; and (3) undersigned counsel has been authorized by counsel for both Defendants to state that both Defendants consent to the requested extension. Plaintiffs thank the Court for its consideration of this request.

So Ordered
Louis L. Stanton
5/4/23

Respectfully submitted,

*/s/ Richard S. Siegel*

Richard S. Siegel

RSS:4204.74

cc: Amanda Gonzalez, Esq., attorney for Defendant Elsa Alvarado (via email to *amanda@spodeklawgroup.com*).
Kevin Fitzgerald, Esq., attorney for Defendant Daisy Yamileth Aleman (via email to *kfitzgeraldlawfirm@yahoo.com*).

21206989v2