# SLEVIN & HART, P.C.

**Attorneys at Law**
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC 20036
202/797-8700
FAX: 202/234-8231

RICHARD S. SIEGEL
ATTORNEY AT LAW

RSIEGEL@SLEVINHART.COM

**MEMO ENDORSED** June 5, 2023

*Via CM/ECF*

Hon. Louis L. Stanton
Senior United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/6/23

Re: *The 32BJ North Pension Fund and its Board of Trustees v. Elsa Alvarado and Daisy Yamileth Aleman*, Case No. 23 Civ. 0388 (LLS)

Dear Judge Stanton:

This firm is counsel to the Plaintiffs in the above-referenced action. The purpose of this letter is to request a 30-day extension of time, through and including Friday, July 7, 2023, for the parties to file a status report pursuant to your Order dated May 4, 2023 (ECF #20). The reason for the requested extension is that the parties have reached an agreement in principle to resolve this case and are in the process of negotiating a form of settlement agreement, following which it is anticipated that the parties will file a stipulation of dismissal. Pursuant to Rule 1(E) of your Individual Rules, Plaintiffs respectfully state that: (1) a status report is currently due by June 7, 2023; (2) this is the second request for an extension of time to file a status report; (3) the prior request for an extension was granted; and (4) undersigned counsel has been authorized by counsel for both Defendants to state that both Defendants consent to the requested extension. Plaintiffs thank the Court for its consideration of this request.

*Granted*
*Louis L Stanton*
*6/6/23*

Respectfully submitted,

*/s/ Richard S. Siegel*

Richard S. Siegel

RSS:4204.74

cc: Amanda Gonzalez, Esq., attorney for Defendant Elsa Alvarado (via email to *amanda@spodeklawgroup.com*).
Kevin Fitzgerald, Esq., attorney for Defendant Daisy Yamileth Aleman (via email to *kfitzgeraldlawfirm@yahoo.com*).

21215996v2