UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE 32BJ NORTH PENSION FUND and its BOARD OF TRUSTEES,

                            Plaintiffs,

           -against-

ELSA ALVARADO and DAISY YAMILETH ALEMAN,

                            Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/23

Case No. 23 Civ. 0388 (LLS)

### ORDER OF DISMISSAL

This Court has been advised by the parties that the above action has been settled. Accordingly, it is this 6th day of July, 2023, hereby

**ORDERED** that this action is **DISMISSED**; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**SO ORDERED.**

Date: July 6, 2023
New York, New York

                                               Louis L. Stanton
                                               HON. LOUIS L. STANTON
                                               Senior United States District Judge

21209253v2